## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINNAVINATIONS LLC, § § Plaintiff, § § vs. § § BILL.COM, INC. § § Defendant. § § | Case No: 1:18-cv-00443-RGA  **PATENT CASE** |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Finnavations LLC hereby files this voluntary Notice of Voluntary Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Finnavations LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: May 14, 2018            Respectfully submitted,

*/s/Stamatios Stamoulis*
**STAMATIOS STAMOULIS**
State Bar No. 4606
**STAMOULIS & WEINBLATT LLC**
Two Fox Point Centre
6 Denny Rd.
Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

**ATTORNEY FOR PLAINTIFF**